IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
No. 5:25-MC-00010-RN

IN RE SUBPOENA *DUCES TECUM* TO )
SYNTHON PHARMACEUTICALS, INC. )

**ORDER**

This matter comes before the Court on Synthon Pharmaceuticals, Inc.'s ("Synthon-US") Motion to Seal Portions of Teva's Memorandum in Support of its Motion to Compel Third Party Discovery of Synthon Pharmaceuticals, Inc. and Certain Accompanying Exhibits (the "Motion to Seal").

WHEREAS, on March 17, 2025, Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales & Marketing, Inc. (collectively, "Teva") filed a Memorandum in Support of its Motion to Compel Third Party Discovery of Synthon-US [DE 3] ("Teva's Memorandum") and a declaration signed by Alicia Rubio-Spring with fifteen exhibits (Exhibits A–O) [DE 3-1 through 3-17] ("Declaration of Alicia Rubio-Spring"); and

WHEREAS, on March 26, 2025, the Court granted Synthon-US's motion for extension of time in which to file a motion to seal Teva's Memorandum and supporting documents, extending the time to file a motion through and including April 11, 2025 [DE 17];

WHEREAS, it appears to the Court that Teva's Memorandum, the Declaration of Alicia Rubio-Spring, and Exhibits B, C, F, and J-O thereto, contain non-public business information concerning Synthon-US's glatiramer acetate (GA) product and Synthon-US's business operations; and

WHEREAS, it appears to the Court that Synthon-US claims, in good faith, that disclosure of such confidential information could cause harm to its competitive positions; and

WHEREAS, Synthon-US has submitted to the Court as Exhibit 1 to its Motion to Seal a proposed redacted version of Teva's Memorandum and the Declaration of Alicia Rubio-Spring (with Exhibits A-O thereto) that is a less restrictive means of preserving the confidentiality of the information in question without sealing the documents in their entirety; and

WHEREAS, the public's right to access to the limited redacted information is outweighed by the interests which Synthon-US claims in protecting against its public disclosure; and

WHEREAS, the Court has provided notice to the public of Synthon-US's motion to seal;

NOW, THEREFORE, upon consideration of the Motion to Seal, the memorandum in support thereof, and the entire record herein, it is hereby

ORDERED that the Motion to Seal is hereby GRANTED; and it is

FURTHER ORDERED that Teva's Memorandum [DE 3], the Declaration of Alicia Rubio-Spring [DE 3-1], and Exhibits B [DE 3-4], C [DE 3-5], F [DE 3-8], J [DE 3-12], K [DE 3-13], L [DE 3-14], M [DE 3-15], N [DE 3-16], and O [DE 3-17] thereto, be FILED UNDER SEAL; and it is

FURTHER ORDERED that the proposed redacted version of Teva's Memorandum and the Declaration of Alicia Rubio-Spring (with Exhibits A-O thereto) submitted as Exhibit 1 to the Motion to Seal be filed in the public docket of this case.

Dated: May 20, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge