IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
No. 5:25-MC-00010-RN

IN RE SUBPOENA *DUCES TECUM* TO )
SYNTHON PHARMACEUTICALS, INC. )

## ORDER

This matter comes before the Court on Synthon Pharmaceuticals, Inc.'s ("Synthon-US") Motion to Seal Portions of Synthon-US's Memorandum in Opposition to Teva's Motion to Compel Third Party Discovery of Synthon Pharmaceuticals, Inc. and Accompanying Declarations (the "Motion to Seal").

WHEREAS, on April 11, 2025, Synthon-US filed provisionally under seal a Memorandum in Opposition to Teva's Motion to Compel Third Party Discovery of Synthon-US [DE 22] ("Synthon-US's Memorandum") and the accompanying Declaration of Jeanne Phillippie [DE 23], Declaration of Frank van Strien [DE 24], and Declaration of Jennifer P. Nock [DE 25] (collectively, "Synthon-US's Declarations"); and

WHEREAS, it appears to the Court that Synthon-US's Memorandum and Synthon-US's Declarations contain non-public business and technical information concerning Synthon-US's glatiramer acetate (GA) product and Synthon-US's business operations; and

WHEREAS, it appears to the Court that Synthon-US claims, in good faith, that disclosure of such confidential information could cause harm to its competitive positions; and

WHEREAS, Synthon-US has submitted to the Court as Exhibits 1, 2, 3 and 4 proposed redacted versions of Synthon-US's Memorandum [DE 22] (Exhibit 1), the Declaration of Jeanne Phillippie [DE 23] (Exhibit 2), the Declaration of Frank van Strien [DE 24], and the Declaration of Jennifer P. Nock [DE 25] (including the attachments to the Declaration of Jennifer P. Nock [DE 25-1

through DE 25-12]) that are less restrictive means of preserving the confidentiality of the information in question without sealing the documents in their entirety; and

WHEREAS, the public's right to access to the limited redacted information is outweighed by the interests which Synthon-US claims in protecting against its public disclosure; and

WHEREAS, the Court has provided notice to the public of Synthon-US's motion to seal;

NOW, THEREFORE, upon consideration of the Motion to Seal, the memorandum in support thereof, and the entire record herein, it is hereby

ORDERED that the Motion to Seal is hereby GRANTED; and it is

FURTHER ORDERED that Synthon-US's Memorandum [DE 22], the Declaration of Jeanne Phillippie [DE 23], the Declaration of Frank van Strien [DE 24], and the Declaration of Jennifer P. Nock [DE 25] be FILED UNDER SEAL; and it is

FURTHER ORDERED that the proposed redacted versions of Synthon-US's Memorandum, the Declaration of Jeanne Phillippie, the Declaration of Frank van Strien, and the Declaration of Jennifer P. Nock (including the attachments [DE 25-1 through DE 25-12] thereto) submitted as Exhibits 1, 2, 3 and 4 to the Motion to Seal be filed in the public docket of this case.

Dated: May 20, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge