UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
No. 5:25-MC-00010-RN

IN RE SUBPOENA *DUCES TECUM* TO     )
SYNTHON PHARMACEUTICALS, INC.    )


## **ORDER**

   This matter comes before the Court on Synthon Pharmaceuticals, Inc.'s ("Synthon-US")

Motion to Seal Portions of Teva's Proposed Reply in Support of Its Motion to Compel Third Party

Discovery of Synthon-US ("Motion to Seal").

   WHEREAS, on April 18, 2025, Teva filed a motion for leave to file a reply [DE 28], a

memorandum in support thereof [DE 30], and a proposed reply as Exhibit A [DE 29] ("Proposed

Reply"); and

   WHEREAS, it appears to the Court that the Proposed Reply contains non-public business and

technical information concerning Synthon-US's regulatory files for its glatiramer acetate (GA)

products and Synthon-US's business operations; and

   WHEREAS, it appears to the Court that Synthon-US claims, in good faith, that disclosure of

such confidential information could cause harm to its competitive positions; and

   WHEREAS, Synthon-US has submitted to the Court as Exhibit 1 to its Motion to Seal a

proposed redacted version of the Proposed Reply that is a less restrictive means of preserving the

confidentiality of the information in question without sealing the document in its entirety; and

   WHEREAS, the public's right to access to the limited redacted information is outweighed by

the interests which Synthon-US claims in protecting against its public disclosure; and

   WHEREAS, the Court has provided notice to the public of Synthon-US's Motion to Seal;

NOW, THEREFORE, upon consideration of the Motion to Seal, the memorandum in support thereof, and the entire record herein, it is hereby

ORDERED that the Motion to Seal is hereby GRANTED; and it is

FURTHER ORDERED that Teva's Proposed Reply in Support of Its Motion to Compel Third Party Discovery of Synthon-US [DE 29] be FILED UNDER SEAL; and it is

FURTHER ORDERED that the proposed redacted version of the Proposed Reply submitted as Exhibit 1 to the Motion to Seal be filed in the public docket of this case.

Dated: May 20, 2025

Robert T. Numbers II

_____
Robert T. Numbers, II
United States Magistrate Judge